IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUGUSTINE BARBALACE** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-258** |
| | : | |
| **KENCREST SERVICES, INC.** | : | |
| | : | |

## ORDER

This 19th day of April, 2022, it is hereby **ORDERED** that Defendant's Partial Motion to Dismiss, ECF 3, is **GRANTED**. Count II of Plaintiff's Complaint is **DISMISSED** without prejudice.

    /s/ Gerald Austin McHugh
United States District Judge